**Order filed, April 2, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01126-CR
_____

### NOEL GALVAN CERNA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 155th District Court**
**Austin County, Texas**
**Trial Court Cause No. 2009R-0088**

## ORDER

The reporter's record in this case was due **January 18, 2013**. *See* Tex. R. App. P. 35.1. On January 28, 2013, this court ordered the court reporter to file the record within 30 days. On February 15, 2013 Vicki Brown filed a motion for extension of time to file the record which was GRANTED to March 21, 2013. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Vicki Brown**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Vicki Brown** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM